Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ANTHONY TODD NADY,<br><br>              Defendant. | DOCKET NO: 6:13-mj-116-MJS<br><br>**MOTION TO VACATE STATUS CONFERENCE AND DISMISS; AND ORDER THEREON** |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. NADY entered into a deferred prosecution agreement with the Government and has fully complied with the terms of the agreement.

     Dated:  February 27, 2015               NATIONAL PARK SERVICE


                                                   /S/ Matthew McNease
                                                   Matthew McNease
                                                   Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Anthony Todd Nady*, 6:13-mj-116-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   February 27, 2015          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE